**2002–1573.   Ram v. Cleveland Clinic Found.**

Cuyahoga App. No. 80447, 2002-Ohio-3644. Reported at 97 Ohio St.3d 1483, 2002-Ohio-6866, 780 N.E.2d 287. On motion for reconsideration. Motion granted and discretionary appeal allowed.

DOUGLAS and RESNICK, JJ., dissent.

DOUGLAS, J., participated in the decision of this motion before his retirement.

[Cite as *01/09/2003 Case Announcements,* 2003-Ohio-23.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *January 9, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1877.   State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.**

Franklin App. No. 01AP–1285, 2002-Ohio-4854. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 5, 2003.

**2002–2061.   State ex rel. Mulholland v. Schweikert.**

Hamilton App. No. C–020603. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 30, 2003.

[Cite as *01/10/2003 Case Announcements,* 2003-Ohio-40.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *January 10, 2003*

## MOTION AND PROCEDURAL RULINGS

**1999–0972.   State v. Taylor.**

Greene C.P. No. 98CR0054. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and hereby is, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.